IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEAGUE OF WILDERNESS DEFENDERS-** <br> **BLUE MOUNTAINS BIODIVERSITY PROJECT,** <br> an Oregon Non-Profit Corporation, | |
| Plaintiff, | 2:10-CV-1346-BR |
| v. | **JUDGMENT** |
| **KEVIN MARTIN,** in his official <br> capacity as Forest Supervisor <br> of the Umatilla National Forest, <br> and **UNITED STATES FOREST SERVICE,** <br> a federal agency, | |
| Defendants, | |
| and | |
| **DODGE LOGGING, INC.,** an Oregon <br> Corporation, | |
| Defendant-Intervenor. | |

Based on the Court's Opinion and Order (#86) issued June 23, 2011, in which the Court granted summary judgment in favor of

1 - JUDGMENT

Defendants Kevin Martin and the United States Forest Service and Defendant-Intervenor Dodge Logging, Inc., and against Plaintiff League of Wilderness Defenders-Blue Mountains Biodiversity Project, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 23rd day of June, 2011.

    /s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - JUDGMENT